**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| THE TRAVELERS INDEMNITY COMPANY,<br>*Plaintiff,*<br>v.<br>PENN-AMERICA INSURANCE COMPANY,<br>*Defendant.* | CIVIL ACTION<br>NO. 26-3667 |

**ORDER**

**AND NOW**, this 1st day of October, 2026, upon consideration of Penn-America's Motion to Dismiss, (Dkt. No. 6), Travelers' Response in Opposition, (Dkt. No. 8), and Penn-America's Reply, (Dkt. No. 9), it is hereby **ORDERED** that the Motion is **DENIED**.

BY THE COURT:

***/s/ Gerald J. Pappert***
Gerald J. Pappert, J.